Case: 1:24-cv-03446 Document #: 1 Filed: 04/29/24 Page 1 of 8 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Charles A Nelson

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Carmak Hospital
Cook County
Jail, Thomas
Dart

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**RECEIVED**

APR 29 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

24-cv-3446
Judge Ellis
Magistrate Judge Fuentes
RANDOM / CAT 3 / PC 4

**CHECK ONE ONLY:**

☑ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Charles A Nelson

    B. List all aliases: _____

    C. Prisoner identification number: 20230318122

    D. Place of present confinement: Cook County Jail

    E. Address: 2700 S California Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Cermak Hospital

    Title: _____

    Place of Employment: Cook County Jail

    B. Defendant: Cook County Jail

    Title: _____

    Place of Employment: Cook county Jail

    C. Defendant: Thomas Dart

    Title: Sheriff

    Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was jailed with stab wound Injuries to the left side of my body, Chest, arm, and hand I was receiving medical care for these injuries. I had two stab wound cuts in hand, Left hand that needed attention that were reported to doctor and staff by myself and in medical Records from Mt. Sinai hospital. The injuries were not Attended too in a timely manner. When finally Attended too wound has healed over and Corrective Surgery is Needed to have bending Mobility in my fingers. If wounds were Attended to in a timely fashion This could've been Avoided

4        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Thomas Darts staff Referred me to a physical theripist Rather than sending me to a Medical Doctor. A Theripist Should never have power over Medical Needs. Thomas Darts staff Also neglected getting me too Doctors Appointments on time if at all Also Canseld my Surgery Appointment without my Consent. Thomas Dart staff Also placed me in A top Bunk/Bad situation with full knowledge of my injuries witch caused More injuries when I fall out of bed hitting my head and Lower body on concrete floor And bumping my head on Medal bed framing

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be Awarded damages for Mental and Physical injuries, Recovery for Medical Surgerys and future Corrective Surgerys and procedures, punitive damages for Nightmares I am currently having

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 16 day of April, 2024

_____
(Signature of plaintiff or plaintiffs)

Charles A Nelson
(Print name)

2023 03 18 22
(I.D. Number)

4447 W Adams
Chicago IL 60624
(Address)

Charles Nelson
2700 S California
Chicago IL 60608
20250318122

24-cv-3446
Judge Ellis
Magistrate Judge Fuentes
RANDOM / CAT 3 / PC 4



FOREVER / USA

Prisoners Correspondent
United States District Court
219 S. Dearborn St 20th floor
Chicago IL 60604

04/29/2024-11